AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

AUG 1 6 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the Dropbox account identified by Screen Name: Johnny Hopkins, Email Address: hoppy52_7@hotmail.com and ESP User Identifier: 491640145, that is stored at premises owned, maintained, controlled, or operated by Dropbox.com

Case No. 19-M-6133-01-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

the Dropbox account identified by Screen Name: Johnny Hopkins, Email Address: hoppy52_7@hotmail.com and ESP User Identifier: 491640145, that is stored at premises owned, maintained, controlled, or operated by Dropbox.com

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252, 2252A | Possession, receipt and distribution of child pornography |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Todd R. DiCaprio, SA, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 16 Aug 19 @ 1:01 p.m.

_____
Judge's signature

City and state: Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH<br>Screen Name: Johnny Hopkins<br>Email Address: hoppy52_7@hotmail.com and ESP User Identifier: 491640145<br>THAT IS STORED AT PREMISES CONTROLLED BY DROPBOX.COM,<br>333 BRANNAN STREET,<br>SAN FRANCISCO, CA 94107 | Case No. _____<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Todd R. DiCaprio, Special Agent of the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information located in or associated with certain Dropbox.com accounts associated with Screen Name: Johnny Hopkins, Email Address: hoppy52_7@hotmail.com and ESP User Identifier 491640145 that is stored at premises owned, maintained, controlled, or operated by Dropbox.com, an electronic service provider headquartered at 333 Brannan Street, San Francisco, California 94107. The information to be searched is described in the following paragraphs and as captioned above. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox.com to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment A. Upon receipt of the information described in Section I of Attachment A, government-authorized persons will review that information to locate the items described in Section II of Attachment A.

2. I have been employed as a Special Agent of the FBI since October 2007 and am currently assigned to the FBI Kansas City Division, Wichita Resident Agency. As a Special Agent

of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, United States Code §§ 2252 and 2252A. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against children, major theft, and other federal crimes. I have participated in the preparation and execution of many search warrants, including, but not limited to, those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 2252 and 2252A have been committed by JOHNNY DEAN HOPKINS and others unknown.  There is also probable cause to search the account identified for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment A.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a district court of the United States that has jurisdiction over the offense(s) being investigated. 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. In October 2018 Dropbox.com (Dropbox) submitted a CyberTipline report to the National Center for Missing and Exploited Children (NCMEC), report number 41401889,

regarding ten images and seventy-seven (77) videos depicting apparent child pornography being uploaded to a Dropbox account. Dropbox identified the account as:

> Screen Name: Johnny Hopkins;
> ESP User Identifier: 498857433;
> Email address: jhopkins838@gmail.com.

As part of its report, Dropbox also included the uploaded depictions, which it indicated it had reviewed. The uploaded videos and images included examples of known depictions of child pornography including:

- a. 6ce3ab96-6e0a-4169-99ec-d557d39e77eb.mp4 – A thirty-two second video of a pre-pubescent female, fully naked in a bathroom, performing oral sex on a male penis until it ejaculates on her face and in her mouth.

- b. 3205032a-ef2b-4c8e-9a2d-f1d674645f87.mp4 – A sixty-two second video depicting a pre-pubescent female, naked from the waist down with her genitalia fully exposed, with the left hand of an unknown adult digitally penetrating and masturbating/manipulating her vagina.

- c. c7e345e6-6473-4940-956b-1bcac79efb22.mp4 – A one minute, thirty-seven second video depicting a pre-pubescent male and female, fully naked, in a tub. The pre-pubescent female uses her left hand to rub and pull the penis of the pre-pubescent male in the tub with her.

- d. 100_2024.jpg – A picture depicting a naked pre-pubescent female, with her breasts and genitalia exposed, kneeling on a floor while bending backwards with her arms stretched over her head.

7. In November 2018 a subpoena was served to Dropbox seeking information pertaining to the above account. In November 2018, Dropbox responded to the subpoena request with the following information:

> Name: Johnny Hopkins
> Email: jhopkins838@gmail.com
> User ID: 498857433
> Current Account Status: Disabled

Dropbox also provided a spreadsheet showing Authentication Information and Mobile Information as follows:

Page 3 of 15

```
       Authentication Information
+------------------------+--------------+
| TIMESTAMP (UTC) | IP |
+------------------------+--------------+
| 2018-05-08 03:07:28 GMT | 107.77.173.7 |
| 2018-05-16 07:20:24 GMT | 107.77.173.8 |
| 2018-05-16 11:32:05 GMT | 107.77.173.8 |
| 2018-07-28 00:55:30 GMT | 107.77.173.8 |
| 2018-09-04 06:14:30 GMT | 107.77.173.1 |
+------------------------+--------------+
Mobile Information
+------------------------+-----------------+----------------+------------------+
| TIMESTAMP (UTC) | IP | MODEL | CARRIER |
+------------------------+-----------------+----------------+------------------+
| 2018-05-07 10:25:33 GMT | 107.77.173.10 | Z965 | cricket |
| 2018-06-28 05:37:01 GMT | 107.77.173.9  | SPH-L710 | Sprint |
| 2018-09-06 05:05:10 GMT | 107.77.173.6  | Z965 | cricket |
+------------------------+-----------------+----------------+------------------+
```

8.     In November 2018, a subpoena was served to Google seeking information pertaining to email address jhopkins838@gmail.com. In November 2018, Google responded to the subpoena request with the following information:

> Name: Johnny Hopkins
> Email: jhopkins838@gmail.com
> Services: Android, Gmail, Google Calendar, Google Chrome Sync, Google Cloud Print, Google Docs, Google Drive, Google Groups, Google Hangouts, Google Keep, Google My Maps, Google Payments, Google Photos, Google Play, Google Play Music, Google URL Shortener, Google+, Has Google Profile, Has Plusone, Location History, Profiles, Wallet Transfer, Web & App Activity, YouTube
> Recovery e-Mail: Hoppy52_7@hotmail.com
> Recovery Email: Hoppy52_7@hotmail.com
> Created on: 2012/11/19-18:18:42-UTC
> Terms of Service IP: 69.171.162.151, on 2012/11/19-18:18:42-UTC
> SMS: +13168074913 [US] = AT&T Wireless
> Google Account ID: 929567086602
> Last Logins: 2018/11/06-08:19:48-UTC, 2018/11/03-12:34:14-UTC, 2018/11/01-18:44:50-UTC

(For purposes of clarity, the recovery email "hoppy52_7@hotmail.com" is the email account that it the subject of this search warrant.)

9.     In November 2018, a subpoena was served to AT&T seeking information pertaining to telephone number 316-807-4913 (the SMS number associated with the Google account). In response to the subpoena request, AT&T provided the following information:

Page 4 of 15

A40328329

11/26/2018

CRICKET
WIRELESS
SUBSCRIBER INFORMATION

---

531435932

---

FINANCIAL LIABLE PARTY

Name: JOHNNY HOPLINS
Credit Address: 9178 YORK CT, HAYSVILLE,KS 67060

Activation Date: 04/02/2018

Contact Name: JOHNNY HOPLINS
Contact Home Phone:          Contact Work Phone:

---

BILLING PARTY

Account Number: 531435932
Name: JOHNNY HOPKINS
Billing Address: 9178 YORK CT, HAYSVILLE,KS 67060
Account Status: OPEN          Billing Cycle: 2

---

USER INFORMATION

MSISDN: (316) 807-4913         IMSI: 310150713498185
MSISDN Active: 04/02/2018 - Current
MSISDN Status: Active
Name: JOHNNY HOPLINS
User Address: 9178 YORK CT , HAYSVILLE, KS 67060
Service Start Date: 04/02/2018     Dealer Info: 70189336
Payment Type: Prepaid
Contact Name: JOHNNY HOPLINS
Contact Home Phone:          Contact Work Phone:
Migration Ind: N             Migration Date:

---

LDS

Page 5 of 15

CRICKET PROPRIETARY
The information contained here is for use by authorized person only and is not for general distribution.

10. In January 2019, and again in April 2019, a preservation letter was submitted to Dropbox requesting the preservation of any and all records, for a period of 90 days, for the following account:

> Screen Name: Johnny Hopkins
> Email Address: jhopkins838@gmail.com and
> ESP User Identifier: 498857433

11. A query of the NCMEC database yielded an additional CyberTipline Report, report 16915584, submitted by Dropbox in January 2017, which revealed the following:

> Email address: hoppy52_7@hotmail.com
> Screen Name: Johnny Hopkins
> ESP User Identifier: 491640145

The "hoppy52_7@hotmail.com" address is the recovery email for Hopkins Gmail account, referenced in Paragraph 8 above.

12. Open source research for telephone number 316-807-4913 revealed the following social media accounts:

  a. Skype:
       - User Name: hoppy5221
       - Display Name: johnny Hopkins
       - DOB: 10/23
       - Location: Haysville, United States

  b. Twitter:
       - User ID: 4200673634
       - User name: HopkimsJohnny
       - Display Name: Johnny Hopkins
       - Location: Kansas, USA

  c. Facebook:
       - User ID: 100013840416916
       - Display Name: John Hopkins
       - Aliases: Nickname: Hoppy

Page **6** of **15**

- DOB: October 23, 1957
- Gender: Male
- Location: Current City: Haysville, Kansas
- Website: https://www.facebook.com/profile.php?id=100013840416916

    d. Google:
- User ID: 100013562654991235504
- Display Name: Johnny Hopkins
- Website: https://plus.google.com/+JohnnyHopkins

13. A database search for information related to 9178 York Court, Haysville, Kansas 67060 revealed the following:

    a. Name: Johnny Dean Hopkins

    b. DOB: 10/23/1957

    c. SSN: 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

    d. Address: 9178 York Ct, Haysville, Kansas 67060 (Mar 2014 – Mar 2019)

14. A driver's license check, conducted in May 2019, for JOHNNY HOPKINS, date of birth October 23, 1957, revealed the following:

    a. Name: JOHNNY DEAN HOPKINS

    b. DOB: October 23, 1957

    c. Address: 9178 S York Ct, Haysville, KS 67060

    d. Driver's License Number: K02494862

    e. Status: Suspended

15. A criminal history check, conducted in May 2019, for JOHNNY HOPKINS revealed a criminal history, FBI number 275856V5, with arrests for felony theft, driving under the influence, driving violations, and possession of drug paraphernalia.

16. In May 2019 a search warrant (District of Kansas, 19-MJ-6086-01-GEB) was served to Dropbox for information associated with the following account:

Name: Johnny Hopkins
Email: jhopkins838@gmail.com
User ID: 498857433

17.     In June 2019, pursuant to the aforementioned search warrant, Dropbox provided a 64GB flash drive containing information responsive to the request. Included with the response from Dropbox was a document titled "user_info" which revealed the following information:

Name: Johnny Hopkins
Email: jhopkins838@gmail.com
User ID: 498857433
Joined: Sun, 06 Dec 2015 15:32:21 GMT
Current Account Status: Disabled
Subscription Status: Free

Authentication Information

| TIMESTAMP (UTC) | IP |
|---|---|
| 2017-07-31 04:48:52 GMT | |
| 2017-08-17 12:23:45 GMT | |
| 2018-04-21 07:52:23 GMT | 107.77.173.5 |
| 2018-05-08 03:07:28 GMT | 107.77.173.7 |
| 2018-05-16 07:20:24 GMT | 107.77.173.8 |
| 2018-05-16 11:32:05 GMT | 107.77.173.8 |
| 2018-07-28 00:55:30 GMT | 107.77.173.8 |
| 2018-09-04 06:14:30 GMT | 107.77.173.1 |

Mobile Information

| TIMESTAMP (UTC) | IP | MODEL | CARRIER |
|---|---|---|---|
| 2016-07-03 07:14:00 GMT | 173.108.91.134 | MotoE2(4G-LTE) | unknown |
| 2016-11-14 11:23:14 GMT | 66.87.72.110 | SPH-L720 | Sprint |
| 2017-01-25 08:13:42 GMT | 173.127.164.150 | SPH-L710 | Sprint |
| 2017-03-17 10:13:48 GMT | 66.87.152.105 | SPH-L720 | Sprint |
| 2017-03-19 06:54:47 GMT | 173.108.215.66 | SPH-L720 | Sprint |
| 2017-10-20 09:11:43 GMT | 107.77.173.8 | RCT6213W87DK | unknown |
| 2017-11-20 21:10:58 GMT | 107.77.173.12 | HTCD160LVW | Verizon Wireless |
| 2018-05-07 10:25:33 GMT | 107.77.173.10 | Z965 | cricket |
| 2018-06-28 05:37:01 GMT | 107.77.173.9 | SPH-L710 | Sprint |
| 2018-09-06 05:05:10 GMT | 107.77.173.6 | Z965 | cricket |

```
+------------------------+-----------------+----------------+------------------+
```

18. Also included with the information provided by Dropbox was a document titled "Shared_Folder_Log" which revealed the following information:

**Folder name:** Looking for love at first site and my soulmate
**Namespace ID:** 1099198130
**Mount status:** Mounted

| When | Who | Action | Extra info |
|---|---|---|---|
| 12/22/15 23:40:56 | jhopkins838@gmail.com | joined | |

**Folder name:** Yellow
**Namespace ID:** 1172545299
**Mount status:** Mounted

| When | Who | Action | Extra info |
|---|---|---|---|
| 03/14/16 11:41:52 | jhopkins838@gmail.com | invited | rubia8364@bracmail.com |
| 03/14/16 11:41:51 | jhopkins838@gmail.com | created from existing | |

**Folder name:** ■ ♦ ♥My First time♥ Please Respons me♥♦■
**Namespace ID:** 1092773594
**Mount status:** Unmounted

| When | Who | Action | Extra info |
|---|---|---|---|
| 12/20/15 08:13:17 | jhopkins838@gmail.com | left | |
| 12/15/15 07:28:21 | jhopkins838@gmail.com | joined | |
| 2/14/15 08:59:01 | girldf65262@outlook.com | invited | jhopkins838@gmail.com |

**Folder name:** Looking for a men, not a boy
**Namespace ID:** 1095795422
**Mount status:** Unmounted

| When | Who | Action | Extra info |
|---|---|---|---|
| 12/20/15 08:15:46 | jhopkins838@gmail.com | left | |
| 12/17/15 23:12:56 | jhopkins838@gmail.com | joined | |

19. According to Dropbox, "Mounted" and "Unmounted," with respect to Mount Status means the following:

    a. "Mounted" - refers to the status of a shared folder as it pertains to the user in question. If a folder is mounted, it will appear as part of that user's Dropbox.

Page **9** of **15**

b. "Unmounted" - means that it is not technically part of their Dropbox folder and will not appear as part of their Dropbox folder, but it is possible that they still have access to the folder. A file or folder could be unmounted for several reasons - the user could have left the folder at some point after joining, the folder was deleted, or they had access to the folder but never mounted the folder into their Dropbox.

20. Of the four folders identified in the "Shared_Folder_Log" in Paragraph 18, the folders titled "Yellow" and "Looking for love at first site and my soulmate" were both provided as part of the content for the account belonging to HOPKINS. There were no items located in the "Looking for love at first site and my soulmate" folder. The "Yellow" folder contained six videos, including the following:

   a. 0b44e09d-2e16-40db-9bab-c010fddcb441 - A 52 second video depicting a naked pre-pubescent female performing oral sex on an unknown male

   b. 654316f4-73d8-4237-b775-b548c18e744c - An 11 second video depicting an unknown male ejaculating on the face of a topless, pre-pubescent female

21. A total of fifty folders and fifteen separate items were included in the Dropbox response to the May 2019 search warrant. A review of the folders includes, but is not limited to, the following folders of interest:

   a. "76 photos and 14 videos copied on April 22, 2017" - Folder contains seventy-six photos and fourteen videos

   b. "boy teen man" - Folder contains twenty-one videos and sixteen pictures, including:
      - received_112564645843512.jpeg - A picture depicting a male penis being held by an unknown hand
      - received_1683333185252021.jpeg - A picture depicting a male penis

   c. "boyzz" – Folder contains twelve videos and one picture, including:
      - 2 boys 10 and 11 show ass and feet (SC 2011)
      - 11yo boy with long hair plays with his dick and sucks toes (SC 2011)
      - 13yo black boy shows dick, some butt and feet (SC 2011)
      - Blake (12yo) (November 23, 2011)

   d. "Camera Uploads" – Folder contains eighty-two pictures and five videos, including:
      - 2016-03-09 18.18.58.3gp – A twenty-two second video of an unknown male masturbating

Page **10** of **15**

- 2016-03-15 08.52.23.jpg – A female of unknown age performing oral sex on an unknown male penis. The photograph was taken with a Samsung model SPH-L710 phone. It should be noted multiple photographs of the aforementioned female were located in the folder, including photographs wherein at least two upper teeth are missing and the individuals breasts are exposed
- 2016-03-15 16.03.14.jpg – A picture of the sign for the RELAX INN. The photograph was taken with a Samsung model SPH-L710 phone. The RELAX INN is located on S. Broadway Avenue in Wichita, Kansas
- 2016-03-26 16.45.48.jpg – A "selfie" picture of an individual matching the physical description of JOHNNY DEAN HOPKINS taken with a Samsung model SPH-L710 phone.
- 2016-03-26 16.45.48.jpg – A picture of the Charles Koch arena taken with a Samsung model SPH-L710 phone.
- 2016-06-13 21.18.40.jpg – A picture depicting a light-colored bumper pull camper/trailer with a brown horizontal stripe taken with a Samsung SPH-L710 phone.
- 2016-07-16 18.41.03.jpg – A picture depicting a pre-pubescent female in a bathing suit with her stomach exposed taken with a Samsung SPH-L720 phone.
- 2016-07-16 18.41.48.jpg – A close-up picture of the crotch of the aforementioned pre-pubescent female taken with a Samsung SPH-L720 phone.

22. In June 2019 a subpoena was issued to Microsoft Online Services – Hotmail seeking information pertaining to email address hoppy52_7@hotmail.com. Hotmail responded in the same month and provided the following information:

    Sign-in Name: Hoppy52_7@hotmail.com
    First Name: Johnny
    Last Name: Hopkins
    Region/State: Kansas
    Postal Code: 67060
    Country: United States
    Time Zone: Central Time –CST
    PUID: 00067FFEF30D6E5E

23. A review of the IP history for the email address in Paragraph 22 showed the most recent date of activity was May 22, 2019.

24. In July 2019 a search warrant (District of Kansas, 19-6102) was executed at the camper/trailer occupied by HOPKINS at Lake Afton in Sedgwick County, Kansas. Concurrent

with the execution of the search warrant, HOPKINS was interviewed by FBI Special Agents. During the interview HOPKINS confirmed his telephone number as 316-807-4913 and his email address as jhopkins838@gmail.com. When asked, HOPKINS denied hoppy52_7@hotmail.com was an email account belonging to him. (However, as noted in paragraph 11 above, the "hoppy52_7@hotmail.com" address is the recovery email for Hopkins' "jhopkins838@gmail.com" account.)

25.     In July 2019 a subpoena was served to Dropbox for information pertaining to the following:

>    Email Address: hoppy52_7@hotmail.com
>    Screen/User Name: Johnny Hopkins
>    ESP User ID: 491640145

26.     In July 2019, in response to the aforementioned subpoena, Dropbox provided the following information:

>    Name: Johnny Hopkins
>    Email: hoppy52_7@hotmail.com
>    User ID: 491640145
>    Joined: Mon, 16 Nov 2015 21:05:38 GMT
>    Current Account Status: Disabled
>    Subscription Status: Free
>    Mobile Information

```
+--------------------------+-----------------+----------------+---------+
| TIMESTAMP (UTC) | IP | MODEL | CARRIER |
+--------------------------+-----------------+----------------+---------+
| 2015-11-18 09:13:47 GMT | 128.177.161.160 | MotoE2(4G-LTE) | cricket |
| 2016-02-24 05:16:49 GMT | 66.87.75.4 | SM-N920P | Sprint |
| 2016-03-04 16:38:59 GMT | 66.87.74.126 | SM-N920P | Sprint |
+--------------------------+-----------------+----------------+---------+
```

Because this account has been disabled as typically occurs when a report to NCMEC is made (in this instance, CyberTipline Report report 16915584, referenced above), it is likely that Hopkins

was aware at the time of his interview in July 2019 that the account had been reported due to his child pornography activity.

## BACKGROUND ON DROPBOX

27. Dropbox is a service that allows its users to store files on Dropbox's servers. According to Dropbox's privacy policy, at https://www.dropbox.com/privacy, in regards to Account Information "We collect, and associate with your account, the information you provide to us when you do things such as sign up for your account, upgrade to a paid plan, and set up two-factor authentication (like your name, email address, phone number, payment info, and physical address). Some of our Services let you access your accounts and your information via other service providers." In addition, Dropbox services "are designed to make it simple for you to store your files, documents, photos, comments, messages, and so on ("Your Stuff"), collaborate with others, and work across multiple devices. To make that possible, we store, process, and transmit Your Stuff as well as information related to it. This related information includes your profile information that makes it easier to collaborate and share Your Stuff with others, as well as things like the size of the file, the time it was uploaded, collaborators, and usage activity."

28. The Dropbox privacy policy further provides, in regards to Usage Information, "We collect information related to how you use the Services, including actions you take in your account (like sharing, editing, viewing, and moving files or folders)." In regards to Device Information, the Dropbox privacy policy provides "We also collect information from and about the devices you use to access the Services. This includes things like IP addresses, the type of browser and device you use, the web page you visited before coming to our sites, and identifiers associated with your devices. Your devices (depending on their settings) may also transmit location information to the Services."

29. In order to create a Dropbox account, a user is required to register with an email address. Once registered, each user is assigned a unique user id. Dropbox communicates with users via stored email accounts on file when users access and make changes to their accounts unless the user opts-out of those emails. To sign into the user's Dropbox account, the user enters their email and password. Once a user has a Dropbox account, they can invite other Dropbox users to access their shared folders. A shared folder is one in which more than one user has access to, and can add, download or delete content. If a user joins another user's shared folder, the shared folder size counts towards the first user's space limitation. If a user is invited to join another user's folder, the invitation request is sent to the registered email account.

30. Once a Dropbox account is created, files may be added to the account. Any files added to a Dropbox account will sync across all the computers, phones, and tablets where a user installed Dropbox.

## CONCLUSION

31. Based upon the foregoing, I submit that there exists probable cause to believe that the Dropbox account associated with the screen/user names:

Screen Name: Johnny Hopkins
Email Address: hoppy52_7@hotmail.com and
ESP User Identifier: 491640145

stored at premises owned, maintained, controlled, or operated by Dropbox, contain evidence of violations of 18 U.S.C. §§ 2252 and 2252A, and therefore respectfully request that a warrant issue for the production of the identified Dropbox account, for the search and seizure of the items more fully described in Attachment A.

Respectfully submitted,

_Todd R. DiCaprio_
Todd R. DiCaprio

Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on August __16__, 2019.

_____
Gwynne E. Birzer
United States Magistrate Judge

## ATTACHMENT A

I. **Information to be disclosed by Dropbox.com (Dropbox)**

To the extent that information associated with the Dropbox account(s) associated with the screen name/email address/user identifier:

    Screen Name: Johnny Hopkins
    Email Address: hoppy52_7@hotmail.com and
    ESP User Identifier: 491640145

is within the possession, custody, or control of Dropbox, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Dropbox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox is required to disclose the following information to the government for the account(s) identified above:

    a.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    b.    All information automatically recorded by Dropbox from a user's Device, including its software and all activity using the Services, to include, but not limited to: a utilizing device's IP address, browser type, web page visited immediately prior to connecting to the Dropbox website, all information searched for on the Dropbox website, locale preferences, identification numbers associated with connecting devices, information regarding a user's mobile carrier, and configuration information;

    c.    The types of service utilized by the user;

    d.    All records or other information stored by an individual using the account, including all files uploaded, downloaded or accessed using the Dropbox service, including all available metadata concerning these files;

e.  All records pertaining to communications between Dropbox and any person regarding the account, including contacts with support services and records of actions taken.

f.  For each folder within this account, all unredacted records including the unique user ids of each individual who created, joined or utilized the folder, by either adding content or deleting content from the folder.

g.  A complete list of all users within each folder found in this account, including every user name, user identification number, corresponding email address, physical address, and date the user joined Dropbox,

h.  Records of session times and durations and IP addresses associated with each of these sessions for every user in each folder in this account.

i.  Telephone or instrument numbers provided to Dropbox when each of these users created their accounts, and records of all devices connected to the Dropbox accounts for each of the individuals accessing the folders in this account.

j.  For each folder found in this account, all information regarding the user who created the folder, the creation date, and a complete listing of all users who joined, accessed, and left the folder, including the dates each joined, accessed or left the folder. All information regarding when, if applicable, each folder was deleted and who deleted it.

k.  For the individuals identified as users of the folders in this account, any means or sources of payment for this service, including credit card and bank account numbers.

The Provider is hereby ordered to disclose and deliver the above information to the government within **14 DAYS** of service of this warrant.

II.  **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §2252 and 2252A, including, for each account or identifier listed and on the warrant, information pertaining to the following matters:

(a) The identity of the person(s) who created, accessed, or used the user ID, including records that help reveal the whereabouts of such person(s).

(b) The identity of the device or devices used to create, access, or upload content associated with the crimes under investigation.

(c) Content pertaining to sexual exploitation of children and/or child pornography, including depictions, descriptions, hyperlinks, and communications relating to the access, possession, receipt, or distribution of child pornography.

(d) The identity of the person(s) who communicated with the user ID about matters relating to the sexual exploitation of children and/or child pornography, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.